PD-0013-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/20/2015 11:59:01 AM
Accepted 2/20/2015 12:48:22 PM
ABEL ACOSTA
CLERK

Edward F. Shaughnessy, III
Attorney at Law
206 E. Locust
San Antonio, Texas 78212
(210) 212-6700
Shaughnessy727@gmail.com

Abel Acosta
Clerk, Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

February 20, 2015

ABEL ACOSTA, CLERK

Re: The State of Texas v. Michael Eric Rendon
    Cause Nos. PD-0015-CR & PD-0013-15

Dear Mr. Acosta,

Please be advised that I have been retained by the appellee to represent him in the above-referenced matters currently pending before your Court. It is my understanding that the State, as the appellant, has a brief due on the merits of the matter before the Court. Would you be so kind as to place this notice in the papers of the Court and note me as counsel of record on behalf of Mr. Rendon.

Thank you in advance for your efforts in this regard.

Sincerely,


// Edward F. Shaughnessy, III
Edward F. Shaughnessy, III
Attorney for the appellee



CC: Ed Bartolomei
    377th District Court, Victoria County
    Brendan Guy